```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                        06-CR-291(JMR/SRN)
```

United States of America              )
                                      )
          v.                          )    ORDER
                                      )
Dana Alphonse Oliver (05)             )
Austin Robert Head  (11)              )
Herbert Melvin May (14)               )
Ramon Charles Sayers (22)             )

All defendants object to the Report and Recommendation, issued May 27, 2008 [Docket Nos. 1115, 1116, 1117, 1118], by the Honorable Susan Richard Nelson, United States Magistrate Judge. The Report recommended denying defendants' pretrial motions. Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.2.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Defendant Dana Oliver's Motion to Suppress Confession [No. 365] is denied;

2. Defendant Dana Oliver's Motion to Quash Arrest [No. 368] is denied;

3. Defendant Dana Oliver's Motion to Suppress Evidence of Electronic Surveillance [No. 1104] is denied;

4. Defendant Austin Head's Motion to Suppress Statements [No. 420] is denied as moot;

5. Defendant Austin Head's Motion to Suppress Evidence Obtained Through Search and Seizure [No. 421] is denied as moot;

6. Defendant Austin Head's Motion to Suppress Evidence Obtained Through Electronic Surveillance [No. 422] is denied;

7. Defendant Austin Head's Motion to Dismiss Indictment [No. 424] is denied;

8. Defendant Austin Head's Second Motion to Dismiss Indictment [No. 638];

9. Defendant Austin Head's Second Motion to Suppress Physical Evidence [No. 639] is denied as moot;

10. Defendant Austin Head's Second Motion to Suppress Statements [No. 640] is denied as moot;

11. Defendant Austin Head's Motion to Dismiss on Speedy Trial Violation [No. 1092] is denied;

12. Defendant Herbert May's Motion to Suppress Evidence Obtained in Violation of Fourth Amendment [No. 352] is denied as moot;

13. Defendant Herbery May's Motion to Suppress Evidence Obtained in Violation of Fifth Amendment [No. 353] is denied;

14. Defendant Herbert May's Motion to Suppress Electronic Surveillance Evidence [No. 354] is denied;

15. Defendant Ramon Sayers' Motion to Suppress Evidence Obtained from Search and Seizure [No. 572] is denied as moot;

16. Defendant Ramon Sayers' Motion to Suppress Statements [No. 574] is denied as moot;

17. Defendant Ramon Sayers' Motion to Suppress Evidence from Intercepted Wire Communications [No. 578] is denied; and

18. Defendant Ramon Sayers' Motion to Dismiss Indictment [No. 584] is denied.

IT IS SO ORDERED.

Dated: June 30, 2008

                                        s/ JAMES M. ROSENBAUM
                                        JAMES M. ROSENBAUM
                                        United States Chief District Judge